# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IEFENN ADRIANNE SUMAMPOW, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERCATOR PROPERTY CONSULTANTS, PTY, LTD., <br><br> Defendant. | NO. CV 09-8769 FMO <br><br> **ORDER TO SHOW CAUSE** |

Rule 4(m) of the Federal Rules of Civil Procedure requires the summons and complaint to be served on all defendants no later than 120 days after the filing of the complaint. The Complaint in this case was filed on November 30, 2009, more than 120 days ago. It appears from the record that plaintiffs have failed to complete service as ordered or file the proof of service.

Accordingly, IT IS HEREBY ORDERED THAT, on or before **April 23, 2010,** plaintiffs shall show cause why this action should not be dismissed for plaintiffs' failure to complete service of the summons and complaint as required by Rule 4(m), Federal Rules of Civil Procedure. **Plaintiffs shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury. Failure to file the declaration by the deadline set forth above or to show**

/ / /

**cause as ordered may result in dismissal of this action for failure to prosecute. Filing of the proof of service shall be a satisfactory response to the Order to Show Cause.**

**IT IS SO ORDERED.**

Dated this 2nd day of April, 2010.

                                                            /s/
                                           Fernando M. Olguin
                                  United States Magistrate Judge